IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/15/19 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-23613 GLT |
| | ) | |
| Edwin F. Meyers and Carol A Meyers, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Related to Dkt. No. 21 |
| | ) | |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Edwin F. Meyers and Carol A Meyers, | ) | |
| | ) | |
| Debtors/Respondents. | ) | |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing motion of Charles O. Zebley, Jr., Trustee for authority for Attorney Charles O. Zebley, Jr., and the law firm of Zebley Mehalov & White to serve as attorneys for the Trustee in this case, and it appearing that Attorney Charles O. Zebley, Jr., and the law firm of Zebley Mehalov & White, P.C. are attorneys duly admitted to practice in this Court; that they represent no interest adverse to this estate; and that their employment is necessary and in the best interest of the estate, it is hereby Ordered, Adjudged and Decreed that Attorney Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. be, and they are hereby, authorized to serve as attorneys for the Trustee in this case with compensation to be determined by this Court.

Order prepared by Charles O. Zebley, Jr., Esquire

BY THE COURT

Dated: ___March 15___, 2019

_____J.
United States Bankruptcy Judge jah

cm: All parties

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-23613-GLT
Edwin F. Meyers                                                 Chapter 7
Carol A. Meyers
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala              Page 1 of 1             Date Rcvd: Mar 15, 2019
                              Form ID: pdf900         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
```
db/jdb         #+Edwin F. Meyers,    Carol A. Meyers,    739 Shenango Stop Road,    New Castle, PA 16101-6348
14913528       +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
14913531       +Parker McCay, P.A.,    Patricia J. Wesner, Esquire,    9000 Midlantic Drive, Suite 300,
                 PO Box 5054,    Mount Laurel, NJ 08054-5054
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14913529       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 02:30:49
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14913530       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2019 02:18:17      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
                                                                                              TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon FKA The Bank of New Yo
14913532        The Bank of New York Mellon FKA The Bank,    of New York, as Trustees for the Certifi,
                  cateholders of CWABS, Inc., Asset Backed,    Certificates, Series 2007-4
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
```
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-4 bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor Edwin F. Meyers info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Louis R. Pomerico    on behalf of Joint Debtor Carol A. Meyers info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```