UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-23613 GLT |
| | ) | |
| Edwin F. Meyers and Carol A Meyers, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | Related to Document Nos. 30 & 31 |
| | ) | |
| Trustee/Movant, | ) | Hearing Date and Time: August 29, 2019, at 10:00 a.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| Edwin F. Meyers and Carol A Meyers, | ) | |
| | ) | |
| Debtors/Respondents. | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S MOTION TO APPROVE
SETTLEMENT OF AN AVOIDANCE ACTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion to Approve Settlement of an Avoidance Action filed on June 28, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion to Approve Settlement of an Avoidance Action appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Motion to Approve Settlement of an Avoidance Action were to be filed and served no later than July 15, 2019.

It is hereby respectfully requested that the Order attached to the Trustee's Motion to Approve Settlement of an Avoidance Action be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: July 16, 2019

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com