| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Edwin F. Meyers** | Social Security number or ITIN  **xxx–xx–3576** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carol A. Meyers** | Social Security number or ITIN  **xxx–xx–8088** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–23613–GLT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edwin F. Meyers

Carol A. Meyers

7/21/20

**By the court:** Gregory L. Taddonio
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-23613-GLT
Edwin F. Meyers                                                             Chapter 7
Carol A. Meyers
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Jul 21, 2020
                              Form ID: 318            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db         #+Edwin F. Meyers,     739 Shenango Stop Road,    New Castle, PA 16101-6348
jdb        #+Carol A. Meyers,     739 Shenango Stop Road,    New Castle, PA 16101-6348
14913528    +First Federal Credit Control,   Attn: Bankruptcy,   24700 Chagrin Blvd, Ste 205,
             Cleveland, OH 44122-5662
14913531    +Parker McCay P.A.,    Patricia J. Wesner, Esquire,   9000 Midlantic Drive, Suite 300,
             PO Box 5054,   Mount Laurel, NJ 08054-5054
15048452     UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:12:33
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:12:33       Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
15018399     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2020 04:19:20      LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14913529    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2020 04:19:21
             LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
             Greenville, SC 29603-0497
14913530    +EDI: MID8.COM Jul 22 2020 07:43:00    Midland Funding,   2365 Northside Dr Ste 300,
             San Diego, CA 92108-2709
                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           The Bank of New York Mellon FKA The Bank of New Yo
14913532     The Bank of New York Mellon FKA The Bank,   of New York, as Trustees for the Certifi
             cateholders of CWABS, Inc., Asset Backed,   Certificates, Series 2007-4
                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
             Charles O. Zebley, Jr.   on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
             PA67@ecfcbis.com;Lyndie@Zeblaw.com
             Charles O. Zebley, Jr.   COZ@Zeblaw.com,   PA67@ecfcbis.com;Lyndie@Zeblaw.com
             James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
             2007-4 bkgroup@kmllawgroup.com
             Louis R. Pomerico   on behalf of Debtor Edwin F. Meyers info@pomericolaw.com,
             pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
             Louis R. Pomerico   on behalf of Joint Debtor Carol A. Meyers info@pomericolaw.com,
             pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
             Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                               TOTAL: 6