## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>MEYERS, EDWIN F.<br>MEYERS, CAROL A.<br>　　Debtors | §<br>§<br>§<br>§ | Case No. 18-23613-GLT<br><br>Chapter 7<br>Document No. |
| Charles O. Zebley, Jr., Trustee,<br>　　Movant | | |
| 　　v. | | |
| No Respondents | | |

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Charles O. Zebley, Jr.                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

OFFICE OF COURT CLERK
U.S. BANKRUPTCY COURT
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

**UST Form 101-7-NFR (10/1/2010)**

Any written objections must be filed with the court and served on the Applicant on or before
August 20, 2020, twenty four (24) days from the date of this notice plus an additional three (3)
days if served by mail.  Copies of the application are available from the applicant.

If you fail to timely file and serve a written response, an order granting the proposed distribution
may be entered and the hearing may not be held.  Please refer to the calendar posted on the
Court's webpage to verify if a default order was signed or if the hearing will go forward as
scheduled.

A telephonic hearing will be held on September 3, 2020, at 10:00 p.m. before Judge Gregory L.
Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge)
with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours
prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply
with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can
be found at www.pawb.uscourts.gov/procedures-2

Date Mailed:  __07/27/2020_____      By:  _/s/Charles O. Zebley, Jr._____

                                                                         Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:
MEYERS, EDWIN F.                              §    Case No. 18-23613-GLT
MEYERS, CAROL A.                              §    Chapter 7
    Debtors                 §    Document No.
                                              §
Charles O. Zebley, Jr., Trustee,
    Movant

      v.

No Respondents

---

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 2,000.00 |
| *and approved disbursements of* | $ 15.00 |
| *leaving a balance on hand of* [1] | $ 1,985.00 |

**Balance on hand:**                          $         1,985.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $              0.00
Remaining balance:                        $          1,985.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Charles O. Zebley, Jr. | 500.00 | 0.00 | 500.00 |
| Trustee, Expenses - Charles O. Zebley, Jr. | 27.50 | 0.00 | 27.50 |

Total to be paid for chapter 7 administration expenses:    $       527.50
Remaining balance:                                         $     1,457.50

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $        0.00

Remaining balance: $        1,457.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $        0.00

Remaining balance: $        1,457.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,630.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV FUNDING, LLC | 848.76 | 0.00 | 758.49 |
| 2 | LVNV FUNDING, LLC | 676.50 | 0.00 | 604.55 |
| 3 | UPMC PHYSICIAN SERVICES | 105.70 | 0.00 | 94.46 |

Total to be paid for timely general unsecured claims: $        1,457.50

Remaining balance: $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/Charles O. Zebley, Jr.

Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**