# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MEYERS, EDWIN F.<br>MEYERS, CAROL A.<br>    Debtors | § Case No. 18-23613-GLT<br>§<br>§ Chapter 7<br>§<br>§ Document No. |

Charles O. Zebley, Jr., Trustee,
    Movant

v.

No Respondents

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Charles O. Zebley, Jr.</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
OFFICE OF COURT CLERK
U.S. BANKRUPTCY COURT
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

**UST Form 101-7-NFR (10/1/2010)**

Any written objections must be filed with the court and served on the Applicant on or before August 20, 2020, twenty four (24) days from the date of this notice plus an additional three (3) days if served by mail. Copies of the application are available from the applicant.

If you fail to timely file and serve a written response, an order granting the proposed distribution may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

A telephonic hearing will be held on September 3, 2020, at 10:00 a.m. before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2

Date Mailed:  07/27/2020         By:  /s/Charles O. Zebley, Jr.
                                                          Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>MEYERS, EDWIN F.<br>MEYERS, CAROL A.<br>   Debtors<br><br>Charles O. Zebley, Jr., Trustee,<br>   Movant<br><br>v.<br><br>No Respondents | § Case No. 18-23613-GLT<br>§ Chapter 7<br>§ Document No.<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 2,000.00 |
| *and approved disbursements of* | $ 15.00 |
| *leaving a balance on hand of* [1] | $ 1,985.00 |
| **Balance on hand:** | **$ 1,985.00** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,985.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Charles O. Zebley, Jr. | 500.00 | 0.00 | 500.00 |
| Trustee, Expenses - Charles O. Zebley, Jr. | 27.50 | 0.00 | 27.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 527.50 |
| Remaining balance: | $ 1,457.50 |

---

   1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $     1,457.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:                      $     1,457.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,630.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV FUNDING, LLC | 848.76 | 0.00 | 758.49 |
| 2 | LVNV FUNDING, LLC | 676.50 | 0.00 | 604.55 |
| 3 | UPMC PHYSICIAN SERVICES | 105.70 | 0.00 | 94.46 |

Total to be paid for timely general unsecured claims:   $     1,457.50
Remaining balance:                                      $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00

Prepared By:  /s/Charles O. Zebley, Jr.
                            Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edwin F. Meyers
Carol A. Meyers
    Debtors

Case No. 18-23613-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala    Page 1 of 1    Date Rcvd: Jul 28, 2020
                         Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
```
db              #+Edwin F. Meyers,    739 Shenango Stop Road,    New Castle, PA 16101-6348
jdb             #+Carol A. Meyers,    739 Shenango Stop Road,    New Castle, PA 16101-6348
14913528        +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                  Cleveland, OH 44122-5662
14913531        +Parker McCay, P.A.,    Patricia J. Wesner, Esquire,    9000 Midlantic Drive, Suite 300,
                  PO Box 5054,    Mount Laurel, NJ 08054-5054
15048452         UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15018399         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2020 04:34:57      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14913529        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2020 04:35:07
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
14913530        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 29 2020 04:28:52      Midland Funding,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               The Bank of New York Mellon FKA The Bank of New Yo
14913532         The Bank of New York Mellon FKA The Bank,   of New York, as Trustees for the Certifi,
                  cateholders of CWABS, Inc., Asset Backed,    Certificates, Series 2007-4
                                                                                    TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
```
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-4 bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor Edwin F. Meyers info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Louis R. Pomerico    on behalf of Joint Debtor Carol A. Meyers info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 6
```