UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-23613 GLT |
| | ) | |
| Edwin F. Meyers and Carol A. Meyers, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., Esquire, | ) | Related to Document Nos. 37, 40, 41 & 43 |
| | ) | |
| Movant, | ) | |
| | ) | Hearing Date and Time: September 3, 2020, at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| Edwin F. Meyers and Carol A. Meyers, | ) | |
| | ) | |
| Debtors/Respondents. | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Notice of Trustee's Final Report and Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Notice of Trustee's Final Report and Application for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Notice of Trustee's Final Report and Application for Compensation were to be filed and served no later than August 20, 2020.

It is hereby respectfully requested that the Order attached to the Trustee's Final Report and Application for Compensation be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: August 21, 2020

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com