# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MEYERS, EDWIN F.<br>MEYERS, CAROL A.<br>    Debtors | §<br>§ Case No. 18-23613-GLT<br>§<br>§ Chapter 7<br>§<br>  Document No. |
| Charles O. Zebley, Jr., Trustee,<br>    Movant | |
| v. | |
| No Respondents | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $146,604.12                    Assets Exempt: $26,313.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,457.50       Claims Discharged
                                                 Without Payment: $1,170.46

Total Expenses of Administration: $542.50

---

   3) Total gross receipts of $     2,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $2,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $120,290.62 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 542.50 | 542.50 | 542.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,521.00 | 1,630.96 | 1,630.96 | 1,457.50 |
| **TOTAL DISBURSEMENTS** | $122,811.62 | $2,173.46 | $2,173.46 | $2,000.00 |

    4) This case was originally filed under Chapter 7 on September 11, 2018. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2020         By: /s/Charles O. Zebley, Jr.
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENTIAL TRANSFER | 1249-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Parker McCay, P.A. | 4110-000 | 120,290.62 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,290.62** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Charles O. Zebley, Jr. | 2100-000 | N/A | 500.00 | 500.00 | 500.00 |
| Trustee Expenses - Charles O. Zebley, Jr. | 2200-000 | N/A | 27.50 | 27.50 | 27.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $542.50 | $542.50 | $542.50 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV FUNDING, LLC | 7100-000 | 848.00 | 848.76 | 848.76 | 758.49 |
| 2 | LVNV FUNDING, LLC | 7100-000 | 676.00 | 676.50 | 676.50 | 604.55 |
| 3 | UPMC PHYSICIAN SERVICES | 7100-000 | N/A | 105.70 | 105.70 | 94.46 |
| NOTFILED | Midland Funding | 7100-000 | 936.00 | N/A | N/A | 0.00 |
| NOTFILED | First Federal Credit Control | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,521.00 | $1,630.96 | $1,630.96 | $1,457.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-23613-GLT  
**Case Name:** MEYERS, EDWIN F.  
MEYERS, CAROL A.  
**Period Ending:** 12/03/20

**Trustee:** (580740) Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 09/11/18 (f)  
**§341(a) Meeting Date:** 11/02/18  
**Claims Bar Date:** 05/24/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 739 SHENANGO STOP ROAD, NEW CASTLE, PA<br>   Relief from stay granted 12/13/18 Order (Doc. No. 17) | 120,290.62 | 0.00 | OA | 0.00 | FA |
| 2 | 1998 TOYOTA CAMRY<br>   (W) | 1,700.00 | 0.00 | | 0.00 | FA |
| 3 | 2006 MAZDA<br>   (W) | 4,450.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | 2 TVS | 250.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING ACCOUNT AT GNC FCU | 200.00 | 0.00 | | 0.00 | FA |
| 9 | SAVINGS ACCOUNT AT GNC FCU | 5.00 | 0.00 | | 0.00 | FA |
| 10 | SAVINGS ACCOUNT AT GNC FCU | 40.00 | 0.00 | | 0.00 | FA |
| 11 | CHECKING ACCOUNT AT HUNTONGTON NATIONAL BANK | 100.00 | 0.00 | | 0.00 | FA |
| 12 | SAVINGS ACCOUNT AT FIRST CHOICE FCU | 20.00 | 0.00 | | 0.00 | FA |
| 13 | SAVINGS ACCOUNT AT SHENANGO CHINA AREA FCU<br>   Joint with W and sister | 0.00 | 0.00 | | 0.00 | FA |
| 14 | CHECKING ACCOUNT AT SCA FCU<br>   W joint with sister. W is POA for sister | 0.00 | 0.00 | | 0.00 | FA |
| 15 | SAVINGS ACCOUNT AT SCA FCU | 5.00 | 0.00 | | 0.00 | FA |
| 16 | ANNUITY THROUGH HEFREN-TILLOTSON INC | 3,043.50 | 0.00 | | 0.00 | FA |
| 17 | YARD EQUIPMENT AND TOOLS | 500.00 | 0.00 | | 0.00 | FA |
| 18 | PREFERENTIAL TRANSFER  (u)<br>   W made a preferential transfer to sister<br>Settlement order dated 7/22/19<br>(Doc. No. 33) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 19 | SOFT TISSUE INJURY CLAIM  (u)<br>   (H) Added by amendment | 10,000.00 | 0.00 | | 0.00 | FA |

Printed: 12/03/2020 02:07 PM    V.20.24

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-23613-GLT
**Case Name:** MEYERS, EDWIN F.
MEYERS, CAROL A.
**Period Ending:** 12/03/20

**Trustee:** (580740) Charles O. Zebley, Jr.
**Filed (f) or Converted (c):** 09/11/18 (f)
**§341(a) Meeting Date:** 11/02/18
**Claims Bar Date:** 05/24/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19   Assets   Totals (Excluding unknown values) | $146,604.12 | $2,000.00 | | $2,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

The only asset in this case was a small avoidable transfer. The court approved a $2,000 settlement to be paid by July 2020. Trustee has been collecting payments.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2021       **Current Projected Date Of Final Report (TFR):**   June 11, 2020  (Actual)

Printed: 12/03/2020 02:07 PM    V.20.24

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-23613-GLT  
**Case Name:** MEYERS, EDWIN F.  
MEYERS, CAROL A.  
**Taxpayer ID #:** **-***6133  
**Period Ending:** 12/03/20  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Mechanics Bank  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $11,126,585.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/19 | {18} | Carol Meyers | Settlement proceeds of preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 200.00 |
| 05/02/19 | {18} | Carol Meyers | Settlement proceeds of preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 400.00 |
| 06/04/19 | {18} | Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 600.00 |
| 06/04/19 | {18} | Carol Meyers | Reversed Deposit 100003 1 Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | -200.00 | | 400.00 |
| 07/01/19 | {18} | Edwin and Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 400.00 | | 800.00 |
| 08/02/19 | {18} | Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,000.00 |
| 09/05/19 | {18} | Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,200.00 |
| 10/04/19 | {18} | Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,400.00 |
| 11/06/19 | {18} | Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,600.00 |
| 11/06/19 | {18} | Carol Meyers | Reversed Deposit 100008 1 Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | -200.00 | | 1,400.00 |
| 01/07/20 | {18} | Carol Meyers | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,600.00 |
| 03/18/20 | {18} | GNC Community Federal Credit Union | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,800.00 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,795.00 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,790.00 |
| 05/14/20 | {18} | GNC Community Federal Credit Union | Settlement proceeds from preferential transfer per 7/22/19 Order (Doc. No. 33) | 1249-000 | 200.00 | | 1,990.00 |
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,985.00 |
| 09/23/20 | 101 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $500.00, Trustee Compensation;  Reference: | 2100-000 | | 500.00 | 1,485.00 |
| 09/23/20 | 102 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $27.50, Trustee Expenses;  Reference: | 2200-000 | | 27.50 | 1,457.50 |
| 09/23/20 | 103 | LVNV FUNDING, LLC | Claim No. 1; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 758.49 | 699.01 |
| 09/23/20 | 104 | LVNV FUNDING, LLC | Claim No. 2; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 604.55 | 94.46 |

Subtotals :   $2,000.00   $1,905.54

{} Asset reference(s)

Printed: 12/03/2020 02:07 PM   V.20.24

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 18-23613-GLT  
**Case Name:** MEYERS, EDWIN F.  
MEYERS, CAROL A.  
**Taxpayer ID #:** **-***6133  
**Period Ending:** 12/03/20  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Mechanics Bank  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $11,126,585.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/20 | 105 | UPMC PHYSICIAN SERVICES | Claim No. 3; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 94.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,000.00 | 2,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,000.00 | 2,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $2,000.00 | $2,000.00 | |

Net Receipts :   2,000.00  
────────────  
Net Estate :   $2,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5866** | 2,000.00 | 2,000.00 | 0.00 |
| | $2,000.00 | $2,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/03/2020 02:07 PM    V.20.24